

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-21-00487-CV

**BOZ INVESTMENT I, LLC,**
Appellant

v.

**CAVENDER & HILL PROPERTIES, INC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02935
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Beth Watkins, Justice

The panel has considered Appellee's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court